SHERIFF, CLARK COUNTY, NEVADA, Appellant, *v.* LAWRENCE ARVEY, Respondent.

No. 9468

February 16, 1977                    560 P.2d 153

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *J. Michael McGroarty,* Deputy District Attorney, Clark County, for Appellant.

*William B. Terry,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Indicted for a gross misdemeanor, Lawrence Arvey filed a pretrial petition for a writ of habeas corpus. The district court considered and granted the petition and the state has appealed. We do not consider the merit, if any, of the appeal.

Arvey's habeas petition was not "verified by the oath or affirmation of the party making the application," as required by Nev. Rev. Stat. § 34.370(3). Therefore, the petition was not cognizable in the district court; accordingly, we, *sua sponte,* reverse and instruct the lower court to dismiss the habeas petition.